JERRY GALOW
State Bar No. 07594400
2203 Onion Creek Parkway, #10
Austin, Texas 78747
Tel: (512) 415-7096
jerry@galowlaw.com
Attorney for Defendants
ASSURAVEST, LLC and
HUGHES PRIVATE CAPITAL, LLC

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| VICTOIRE VAN DER PAS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ASSURAVEST, LLC, and<br>HUGHES PRIVATE CAPITAL, LLC<br><br>　　　　Defendants. | Case No. 1:20-cv-235<br><br>(Travis County District Court, 200th Judicial District Case No. D-1-GN-18-002929)<br><br>**DEFENDANTS' NOTICE OF REMOVAL OF CASE TO UNITED STATES DISTRICT COURT PURSUANT TO 28 U.S.C. 1332(a)** |

Defendants Assuravest, LLC and Hughes Private Capital, LLC, by its undersigned counsel, hereby remove Case No. D-1-GN-18-002929 from the 200th Judicial District Court for Travis County to the United States District Court for the Western District of Texas pursuant to 28 U.S.C. §§ 1332 (a) and 1446.  In this case, diversity jurisdiction exists because there is complete diversity of citizenship

among the parties and the amount in controversy exceeds $75,000.00 exclusive of interests and costs. Defendants consent to removal to federal court.

## FACTS

This suit was initially filed on June 15, 2018 and styled Gloria Van Der Pas v. Hughes Private Capital and Assuravest. Ex. A.

Both defendants answered the lawsuit alleging a general denial. Ex. B

Paper discovery has been done in this initial suit and one deposition, of the Plaintiff, has been completed.

On January 15, 2020, the suit was amended adding two new parties, Steve Sixberry and Greg Hughes. Ex. C. Greg Hughes and Steven Sixberry were served on February 3, 2020. Ex. C-1.

Gloria Van Der Pas is a resident of Texas. All original and newly named Defendants are residents of Nevada. Complete diversity of citizenship exists between the parties.

Hughes Private Capital, LLC and Assuravest are also represented by the undersigned counsel and consent to the removal of this case. Thus, all Defendants agree to removal.

The amount in controversy in this case is greater than $75,000.00. Attached as Exhibit D are the Plaintiff's amended responses to the Texas Request For Disclosure in which Plaintiff claims damages of more than $82,000.

All of the requirements for removal under 28 U.S.C. sec. 1332(a) are met.

## JURISDICTION

This court has jurisdiction pursuant to 28 U.S.C. § 1332(a) which states:

(a) The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between—
(1) citizens of different States;

In this case there is complete diversity as no plaintiff and no defendant are citizens of the same state.

28 U.S.C. §1446(c)(2) provides:

> (2) If removal of a civil action is sought on the basis of the jurisdiction conferred by section 1332(a), the sum demanded in good faith in the initial pleading shall be deemed to be the amount in controversy, except that—
> 
>     (A) the notice of removal may assert the amount in controversy if the initial pleading seeks—
> 
>         (i) nonmonetary relief; or
> 
>         (ii) a money judgment, but the State practice either does not permit demand for a specific sum or permits recovery of damages in excess of the amount demanded; and
> 
>     (B) removal of the action is proper on the basis of an amount in controversy asserted under subparagraph (A) if the district court finds, by the preponderance of the evidence, that the amount in controversy exceeds the amount specified in section 1332(a).

In this case, the amount in controversy exceeds $75,000.

## PLEADINGS

Attached are copies of the Summons and Complaint filed with the State Court.

## CONCLUSION

For the reasons stated above, removal of this case to Federal Court is appropriate.

DATED:_March 2, 2020

JERRY GALOW
State Bar No. 07594400
2203 Onion Creek Parkway, #10
Austin, Texas 78747
Tel: (512) 415-7096
jerry@galowlaw.com
Attorney for Defendants

ASSURAVEST, LLC and
HUGHES PRIVATE CAPITAL, LLC