IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| VICTOIRE VAN DER PAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:20-CV-235-RP |
| | § | |
| ASSURAVEST, LLC, HUGHES PRIVATE | § | |
| CAPITAL, LLC, GREG HUGHES, and | § | |
| STEVEN R. SIXBERRY, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The scheduling order in this case requires the parties to file Notices Concerning Reference to United States Magistrate Judge on or before July 22, 2020. (Dkt. 14 at 1). On July 24, 2020, the Court ordered the parties to file their overdue notices by July 31, 2020. (Order, Dkt. 15, at 1). To date, only Plaintiff has filed this notice. (Dkt. 12).

Accordingly, **IT IS ORDERED** that Defendants shall show cause, in writing, by **August 11, 2020**, as to why the Court should not impose sanctions against them or their counsel for failure to comply with the Court's orders.

**IT IS FURTHER ORDERED** that Defendants shall each file their overdue notices as soon as practicable, but no later than **August 11, 2020**.

**SIGNED** on August 4, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE