## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| **VICTOIRE VAN DER PAS,** § | |
| *Plaintiff* § | |
| § | |
| **v.** § | |
| § | |
| **ASSURAVEST, LLC, HUGHES** § | Case No. 1:20-CV-235-SH |
| **PRIVATE CAPITAL, LLC,** § | |
| **GREG HUGHES AND STEVE R.** § | |
| **SIXBERRY,** § | |
| *Defendants* § | |

## ORDER

Before the Court is Plaintiff's Motion to Compel Discovery Responses, filed March 24, 2021 (Dkt. 27).

Under Local Rule CV-7(e)(2), responses to non-dispositive motions are due within seven days after the motion is filed; if no response is timely filed, the court may grant the motion as unopposed. Defendants did not respond to Plaintiff's Motion by the deadline. The Court therefore **GRANTS** as unopposed Plaintiff's Motion to Compel Discovery Responses (Dkt. 27), pursuant to Local Rule CV-7(e)(2).

**SIGNED** on April 5, 2021.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE