# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **VICTOIRE VAN DER PAS,** § | |
| *Plaintiff* § | |
| § | |
| **v.** § | |
| § | |
| **ASSURAVEST, LLC, HUGHES** § | **Case No. 1:20-CV-235-SH** |
| **PRIVATE CAPITAL, LLC,** § | |
| **GREG HUGHES AND STEVE R.** § | |
| **SIXBERRY,** § | |
| *Defendants* § | |

## ORDER

Th pretrial conference in this case has been rescheduled to **Thursday**, **October 21, 2021, at 10:00 a.m.**

**SIGNED** on September 22, 2021.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE