UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| VICTOIRE VAN DER PAS, § | |
| *Plaintiff* § | |
| § | |
| v. § | |
| § | |
| ASSURAVEST, LLC, HUGHES § | Case No.  1:20-CV-235-SH |
| PRIVATE CAPITAL, LLC, § | |
| GREG HUGHES, and STEVEN R. § | |
| SIXBERRY, § | |
| *Defendants* § | |

## FINAL JUDGMENT

Before the Court is Plaintiff's Motion to Dismiss with Prejudice, filed October 22, 2021 (Dkt. 42). The parties have entered into an agreement to settle this lawsuit. As part of their agreement, Plaintiff Victoire Van Der Pas agreed to dismiss her claims against Defendants Assuravest, LLC, Hughes Private Capital, LLC, Greg Hughes, and Steven R. Sixberry in two stages. On October 21, 2021, the Court granted Plaintiff's motion to dismiss her non-contract claims with prejudice. Dkt.  41. In this Motion, Plaintiff seeks to dismiss her remaining claims with prejudice.

The Court **HEREBY GRANTS** Plaintiff's Motion to Dismiss with Prejudice (Dkt. 42) and **DIMISSSES WITH PREJUDICE** all causes of action that have been asserted or could have been asserted in this lawsuit. All costs are taxed against the party incurring same. The Court **FURTHER ORDERS** that all court settings are cancelled, any pending motions are **DISMISSED** as moot, and that the Clerk of Court **CLOSE** this case.

**SIGNED** on October 22, 2021.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE